| UNITED STATES BANKRUPTCY COURT | WESTERN DISTRICT OF WISCONSIN |

*In re:*

    CLAYTON SCOTT ESPIE,                      **Case No. 23-11784-cjf**

    Debtor(s).

## ORDER

    Upon review the Debtor's Motion for Extension of Time to file bankruptcy schedules and statements for a Voluntary Case) (the "Motion for Extension"), filed by Clayton Scott Espie, the debtor herein ("Debtor"); and it appearing that the relief requested is reasonable under the circumstances; and upon the record; and after due deliberation thereon; and good and sufficient cause appearing therefore;

    **IT IS HEREBY ORDERED** that:

1. The Motion for Extension is granted; and

2. The Debtor's deadline for filing his bankruptcy schedules and statements and other required documents shall be and is hereby extended for a period of up to fourteen (14) days, or November 6, 2023.

###