**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: October 24, 2023**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT     WESTERN DISTRICT OF WISCONSIN

---

*In re:*

    CLAYTON SCOTT ESPIE,　　　　　　　　　　　　　Case No. 23-11784-cjf

    Debtor(s).

---

### ORDER

---

    Upon review the Debtor's Motion for Extension of Time to file bankruptcy schedules and statements for a Voluntary Case) (the "Motion for Extension"), filed by Clayton Scott Espie, the debtor herein ("Debtor"); and it appearing that the relief requested is reasonable under the circumstances; and upon the record; and after due deliberation thereon; and good and sufficient cause appearing therefore;

    **IT IS HEREBY ORDERED** that:

1. The Motion for Extension is granted; and

2. The Debtor's deadline for filing his bankruptcy schedules and statements and other required documents shall be and is hereby extended for a period of up to fourteen (14) days, or November 3, 2023.

###