**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: January 2, 2024**

_____
**Hon. Catherine J. Furay**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | Case No. 3-23-11784 |
| | ) | |
| CLAYTON S. ESPIE, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Catherine J. Furay |

**ORDER APPROVING STIPULATION EXTENDING TIME TO FILE
MOTION TO DISMISS PURSUANT TO 707(b)(3), OBJECTIONS TO DISCHARGE,
AND COMPLAINTS TO DETERMINE DISCHARGEABILITY OF DEBTS**

Based upon the stipulation between the United States Trustee and the Debtor extending time to file a motion to dismiss, objection to discharge, and dischargeability of debts,

**IT IS HEREBY ORDERED** that the time is hereby extended to and including January 15, 2024, for (1) the United States Trustee and chapter 7 trustee to file a motion to dismiss pursuant to 11 U.S.C. § 707(b)(3) and a complaint objecting to discharge, and (2) all creditors to file a complaint to determine the dischargeability of debts.

###